UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ASHLINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:18-cv-00649 AG (KESx)<br>Judge: Andrew J. Guilford<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation, this matter is hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: August 15, 2018

_____
Hon. Andrew J. Guilford
United States District Court Judge